JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEBRA S. JOHNSON-CHAMP, | ) | Case No. CV 18-6408 FMO (GJSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NORTHSTAR MOVING COMPANY, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 20th day of December, 2018.

                                                   /s/
                                     Fernando M. Olguin
                                  United States District Judge